September 5, 1978

394 A.2d 605

Elliott Appeal.

Argued June 16, 1978. Shelley A. Bould, with her Michael J. Kearney, Jr., for appellant; Shari Shink, for appellee, David E.; No appearance entered nor brief submitted for appellees, foster parents; Alexander J. Jaffurs, County Sol., submitted a brief for appellee, Child Welfare Services.

Order affirmed.